**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KAROLAY FLORES ALVAREZ, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 26-706-BAH |
| KRISTI NOEM ET AL., | * | |
| Respondents. | * | |

* * * * * * * * * * * * * *

**ORDER**

The Court has received the status reports filed in this case, ECFs 7 and 8, as well as the affidavit filed by Petitioner, ECF 9. The parties agree that Petitioner has been released from ICE custody on conditions including a GPS ankle monitor and monthly check-ins with ICE and that no bond hearing is necessary at this time. *See* ECF 7, at 1; ECF 8, at 1 (Respondents agreeing with the first three paragraphs of Petitioner's status report). Respondents request that this case be closed. ECF 8, at 1. Petitioner has "concerns and believes that safeguards may be necessary in this case to prevent ICE from re-arresting and re-detaining Petitioner while her appeal is pending." ECF 7, at 1. Given that the relief requested in this case has been afforded, the Court will close this case. However, nothing in this order prevents Petitioner from bringing another habeas claim or moving to reopen should circumstances change.[1]

The Clerk is hereby directed to CLOSE this case.

Dated: March 4, 2026

/s/
Brendan A. Hurson
United States District Judge

[1] Counsel may mark any new habeas case as "related" to this one.